DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

MELTON v. WAGNER

No. 475P82.

Case below: 58 N.C. App. 239.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 21 September 1982.

MENDLOVITZ v. MENDLOVITZ

No. 483P82.

Case below: 58 N.C. App. 413.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

MILLER MACHINE CO. v. MILLER

No. 492P82.

Case below: 58 N.C. App. 300.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 21 September 1982.

NORTHWESTERN BANK v. HAMRICK

No. 401P82.

Case below: 57 N.C. App. 600.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

POWELL v. SHULL

No. 464P82.

Case below: 58 N.C. App. 68.

Petition by defendants for discretionary review under G.S. 7A-31 denied 21 September 1982.